# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|     Plaintiff-Appellee,                      ) | |
|                                                              ) | |
| v.                                                                  )   | RECORD NO. 10-5215 |
|                                                              ) | |
| JESUS ARTURO MARTINEZ-CHAVEZ, ) | |
|     Defendant-Appellant.                ) | |
| _____) | |

## AMENDED MOTION TO EXPEDITE DISPOSITION

Comes now your Appellant, JESUS ARTURO MARTINEZ-CHAVEZ, by and through the undersigned counsel, and respectfully requests the appeal and disposition in this matter be expedited. In support of this Motion, counsel presents the following:

1. The Judgment that is being appealed in this matter was entered on November 19, 2010.

2. The Notice of Appeal in this matter was timely filed on November 29, 2010.

3. On February 2, 2010 Defendant-Appellant was arrested and held in custody under an Order of Temporary Detention signed by United States Magistrate Judge Robert Jones.

1

4. A Detention Hearing for the Defendant-Appellant was held on February 8, 2010, and United States Magistrate Judge Robert Jones entered an Order granting Detention Pending Trial.

5. On November 19, 2010, Chief United States District Court Judge Louise W. Flanagan sentenced the Defendant-Appellant to eighteen (18) months imprisonment.

6. At the time of Sentencing, the Defendant-Appellant had served approximately nine (9) months of imprisonment.

7. With Appellant-Defendant receiving credit for time already served in custody, there is now less than nine (9) months remaining on his sentence of imprisonment.

8. Counsel for Defendant-Appellant argues that without expediting the disposition of this appeal, any disposition in this matter would likely be moot, as it would be handed down after Defendant-Appellant has served his full-term of imprisonment.

9. Counsel for Defendant-Appellant has received the official Transcript from the Sentencing Hearing held on November 19, 2010.

10. Counsel for Defendant-Appellant does not anticipate any further Transcripts being necessary for this appeal, which seeks a re-sentencing.

11. In light of the necessity for expedition in this appeal, Counsel for the Defendant-Appellant now respectfully withdraws its previous request for oral arguments.

12. Counsel for Defendant-Appellant states that he would be able to comply with an Opening Brief due date set as early as January 14, 2011.

13. Counsel for the Appellee has communicated to the undersigned that there is no objection to the relief requested herein.

14. Counsel for the Appellee has also communicated to the undersigned that the standard time period for filing a response brief will still be needed.

In light of the foregoing, Appellant requests that the disposition in this matter be expedited.

This the 15th day of December, 2010.

Respectfully submitted,

/s/ R. Clarke Speaks
Attorney for Defendant/Appellant
Post Office Box 2823
Wilmington, NC 28402
910-341-7570
N.C. Bar No.: 24538

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 15th day of December, 2010 a copy of the foregoing **Motion to Expedite Disposition** has been served upon Counsel for the Appellee via the Court's ECF System:

Jennifer May-Parker
OFFICE OF THE UNITED STATES ATTORNEY
Federal Building
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601
(919) 856-4530

*Counsel for Appellee*

                                            /s/ R. Clarke Speaks
                                            Attorney for Defendant/Appellant
                                            Post Office Box 2823
                                            Wilmington, NC 28402
                                            910-341-7570
                                            N.C. Bar No.:   24538